## THOMAS D. LEE *v.* AXIOM LABORATORIES, INC., ET AL.
## (AC 21622)

Dranginis, Bishop and Hennessy, Js.

Submitted on briefs May 2—officially released May 20, 2003

Per Curiam. The judgment is affirmed.